```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**DANIEL F. FITZGIBBON, JR.,**

      Plaintiff

v.                                   Civil Action No.: 2:02-1288

**EICO, INC., SPORT SUPPLY GROUP, INC., d/b/a Athletic Connection, COAL-MAC, INC., ARCH OF WEST VIRGINIA, a Division of Apogee Coal Co., ALEX ENERGY, INC., PEERLESS EAGLE COAL CO., INDEPENDENCE COAL CO., INC., d/b/a Black Castle Mining Co., BANDMILL COAL CORPORATION, HIGHLAND MINING COMPANY,**

      Defendants

<u>**MEMORANDUM OPINION AND ORDER**</u>

This matter is before the court on the motion of plaintiff, filed July 21, 2005, to strike the declaration of John Bussey or, in the alternative, seeking an order prohibiting defendants from relying on the declaration at the <u>Markman</u> hearing.  Inasmuch as defendants did not offer the Bussey declaration at the Markman hearing or otherwise rely on the declaration for purposes of construction of the claim terms, it is hereby ORDERED that plaintiff's motion be, and it hereby is, denied without prejudice.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record.

DATED: August 10, 2005

John T. Copenhaver, Jr.
United States District Judge